UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MEYER,<br><br>    Plaintiff,<br><br>v.<br><br>CA CHILD PROTECTION SERVICE,<br><br>    Defendant. | Case No. 19-cv-00779-JD<br><br>**JUDGMENT** |

Pursuant to the order of dismissal signed today, this case is dismissed as duplicative.

**IT IS SO ORDERED.**

Dated: February 27, 2019

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC MEYER,

   Plaintiff,

  v.

CA CHILD PROTECTION SERVICE,

   Defendant.

Case No. 19-cv-00779-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 27, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eric Meyer ID: A-North
Chicago Read Mental Health Center
4200 N. Oak Park
Chicago, IL 60634

Dated: February 27, 2019

            Susan Y. Soong
            Clerk, United States District Court

            By: /s/ Lisa R. Clark
            LISA R. CLARK, Deputy Clerk to the
            Honorable JAMES DONATO